AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States of America<br>v.<br>Jordan Harrison<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-mj-4025 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 2024 through July 2024__ in the county of __Gloucester__ in the _____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 USC 371, 1709 | See Attachment A. |

This criminal complaint is based on these facts:
See Attachment B.

☑ Continued on the attached sheet.

*Eugene Fayer*
Complainant's signature

SA Eugene Fayer, USPS-OIG
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 06/03/2025

Judge's signature

City and state: District of New Jersey     Hon. Matthew J. Skahill, U.S. Magistrate Judge
Printed name and title



# CONTENTS APPROVED

# UNITED STATES ATTORNEY

*Joseph McFarlane*

By:_____
      JOSEPH MCFARLANE
      Assistant U.S. Attorney

Date: May 30, 2025

## ATTACHMENT A

### COUNT ONE

<u>Conspiracy to Commit Mail Theft</u>

1. From in or about February 2024 through in or about July 2024, in Gloucester County, in the District of New Jersey, and elsewhere, the defendant,

### JORDAN HARRISON,

did knowingly and intentionally agree with others known and unknown, to steal and take from and out of an authorized depository for mail matter or post office letter box, mail receptacle, mail route, and mail carrier, contrary to Title 18, United States Code, Section 1708.

2. It was the object of the conspiracy for HARRISON, a United States Postal Service employee, to steal checks from mail while on duty.

3. It was further part of the conspiracy that HARRISON provided the stolen checks to other members of the conspiracy who would sell the checks via online forums and provide remuneration to HARRISON.

4. In furtherance of the conspiracy and to effect the objects thereof, the following overt acts were committed in the District of New Jersey and elsewhere:

    a. On or about April 10, 2024, HARRISON, while on duty as a United States Postal Service employee, stole checks from envelopes that had been given to him by an individual who intended for the checks to be delivered in the mail. The stolen checks were in the amounts of $5,411.75, $4,310.67, and $12.

    b. On or about April 12, 2024, photographs of the stolen checks were posted online for sale.

    c. On or about June 3, 2024, HARRISON stole two checks from the mail that were scheduled for delivery on HARRISON's mail route that day. The intended recipient never received the checks. One of the checks was issued by the U.S. Department of Education in the amount of $21,000.

In violation of Title 18, United States Code, Section 371.

COUNT TWO

Theft of Mail By Postal Employee

On or about April 10, 2024, in Gloucester County, in the District of New Jersey, and elsewhere, the defendant,

JORDAN HARRISON,

a United States Postal Service employee, did embezzle a letter, postal card, package, bag, and mail, and any article and thing contained therein which had been entrusted to the defendant and had come into his possession intended to be conveyed by mail, and, and did steal, abstract, and remove from any such letter, package, bag, and mail, any article or thing contained therein

In violation of Title 18, United States Code, Section 1709.

## ATTACHMENT B

1.  I, Eugene Fayer, am a Special Agent with the United States Postal Service ("Postal Service" or "USPS"), Office of Inspector General ("OIG") (collectively, "USPS-OIG"). I have been employed as a Special Agent since September 2007. As part of my duties as a Special Agent, I investigate the theft of U.S. Mail by individuals, including those who are USPS employees, as well as related crimes. I have been trained in various aspects of law enforcement, including the investigation of mail theft offenses, specifically, those pertaining to internal corruption or misconduct within the USPS. Through my education and experience and that of other agents and law enforcement officers assisting with investigations I have participated in, I have become familiar with the methods that individuals use to steal mail and traffic in stolen checks, credit cards and money orders.

2.  From June 2023 through May 2025, and at all times relevant to this investigation, the defendant JORDAN HARRISON was employed full-time by the USPS at the Post Office in Sewell, New Jersey. HARRISON's employment duties included collecting mail and delivering it to addresses on specific postal delivery routes by walking or driving to residences and businesses within an area authorized for delivery service.

3.  On April 10, 2024, an employee of an auto repair business located in Mantua, New Jersey handed envelopes containing checks to HARRISON for delivery in the U.S. Mail. Those checks were never received by the intended payee. At least three of those checks were stolen by HARRISON and photographs of the three checks were posted on Telegram for sale on April 12, 2024. The checks were in the amount of $5,411.75, $4,310.67, and $12, respectively.

4.  On June 3, 2024, a check from the U.S. Department of Education in the amount of $21,000 was scheduled for delivery to an individual, T.N., who resided on a USPS delivery route that HARRISON was assigned to on June 3, 2024. T.N. never received the check. According to the Department of Education, the check was altered and negotiated. Surveillance video shows HARRISON manipulating, opening, and segregating mail while on his route on June 3, 2024. The video also shows HARRISON take photographs of mail that day using his phone and concealing mail underneath his shirt.

5.  On February 19, 2024, a co-conspirator CC-1 stole mail from a USPS collection mailbox outside of a post office in Hammonton, New Jersey, likely using a

stolen USPS Arrow Key.[1] On May 28, 2024, CC-1 attempted to steal mail from a USPS collection mailbox outside of the same post office in Hammonton using an object that looked like a USPS Arrow Key.

6. On March 28, 2025, law enforcement officers interviewed HARRISON. During the interview, HARRISON admitted that he stole checks from the U.S. Mail, had also stolen USPS Arrow Keys and sold the checks and Arrow Keys to CC-1 HARRISON also admitted that he sent photographs of the checks to CC-1 and others. Text messages on HARRISON's phone included messages with co-conspirator CC-1 and others regarding stolen checks, stolen USPS Arrow Keys, and payments for the stolen items.

*Eugene Fayer*
Special Agent Eugene Fayer
USPS-OIG

Sworn and subscribed to me in accordance with the requirements of Fed. R. Crim. P. 4.1 via telephone on June 3, 2025.

HON. MATTHEW J. SKAHILL
United States Magistrate Judge

---

[1] An Arrow Key is a Universal USPS key used to access collection mailboxes, cluster box units and apartment panels. Supervisors assign these keys – generally one per route- to letter carriers for use on route each day. Carriers must always keep arrow keys secured and attached to their belts or clothing by a chain while on duty and return them at the end of each day.